**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Cecil Goff, *et al.*,

     vs.           Case No. 2:18-cv-340

Nationwide Mutual Insurance Company, *et al.*,    **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the October 14, 2020 Order, this case is TERMINATED.

Date: **October 14, 2020**      **Richard Nagel, Clerk**

                                                        s/ Jennifer Kacsor

                                             By Jennifer Kacsor/Courtroom Deputy